February 6, 2007

**GATEWAY WOODSIDE, INC 300 N LAKE AVE PASADENA CA 02421 AND NEXTEL COMMUNICATIONS 9 CROSBY DR BEDFORD MA 01730 (APP/LESSEE)** have filed an application for permission to install communications antennae on the roof of an existing building and build a 12'x 20' equipment shelter at **185 Sockanosset Crossroads** AP 10/3 lot 45 area 7.44+/- acres zoned C-3. Applicant seeks relief from Section 17.76.010 A-P.

This application was reviewed for conformance with Chapter 17.76.010 C.l. of the Cranston Zoning Code, entitled *Telecommunications Facilities*, which states *Communication antennas not attached to a communication tower shall be permitted as an accessory use to any commercial, industrial, office, institutional or public utility structure, provided that:*

*i. The antennas are not higher than twenty-five (25) feet above the highest point of the structure;*

*ii. The antennas comply with applicable FCC and FAA regulations; and*

*iii. The antennas comply with all applicable zoning requirements and building codes, with the exception of the restriction pertaining to height limitations.*

<u>Findings of fact:</u>

1. The application proposes to install telecommunications antennae on the roof of an existing commercial structure and to construct an accessory equipment building, and is not for the construction of a new telecommunications tower.
2. The proposed antennas are only 8' higher than the highest point of the existing structure whereas they are allowed to be a maximum of 25' higher than the highest point of the existing structure. This conforms with criteria *i.* as listed above.
3. Based on testimony presented a t the December 5, 2006 Planning Commission meeting, the application complies with applicable FCC/FAA regulations as well as the City's applicable Zoning requirements and Building codes. This conforms with *ii* and *iii.* as listed above.
4. The proposed equipment building is setback 44' from the closest property line whereas a minimum distance of 35' is required.

<u>Recommendation:</u>

Upon motion made by Mr. Guglietta and seconded by Mr. Devine, the Commission unanimously voted to recommend *approval* of this application as the proposal is in accordance with Section 17.76.010.C.l. of the Cranston Zoning Code. The proposal should, therefore, be permitted as an accessory use since the antennae will be located on the roof of a commercial structure.

Aye votes: Chairman Petit, Mr. Devine, Mr. Rossi, Mr. Schiappa, Mr. Guglietta and Councilwoman McFarland. There were no nay votes.

Respectfully submitted,

Jason M. Pezzullo
Principal Planner/Secretary