AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF

NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC. d/b/a NEXTEL COMMUNICATIONS

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: CA 07-255S

THE CITY OF CRANSTON, THE ZONING BOARD OF REVIEW OF THE CITY OF CRANSTON AND JOY MONTANARO, EDWARD DEMUCCIO, CRAIG CARDULLO, FRANK CORRAO III, and DAVID IMONDI in their capacities as members of the City of Cranston Zoning Board of Review

TO: (Name and address of defendant)

FRANK CORRAO III
568 SCITUATE AVENUE
CRANSTON, RHODE ISLAND

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PAUL S. CANTOR, ESQUIRE
321 SOUTH MAIN STREET, SUITE 302
PROVIDENCE, RHODE ISLAND 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dube
Chief Deputy Clerk

CLERK

DATE 10-22-07

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 10-30-07 |
| NAME OF SERVER *(PRINT)* Robert J. Kilduff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____

☐ Returned unexecuted: ____

☑ Other *(specify)*: Frank Corrao III in his capacity as member of City of Cranston Zoning Board of Review

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 45.00 | 45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/30/07
*Date*

Robert J. Kilduff
*Signature of Server*

87 Grand View Rd
E. Greenwich, RI 02818
*Address of Server*

X Frank Corrao, III

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.