UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Nextel Communications of the Mid-Atlantic, Inc.
Plaintiff(s)

v. Dkt. No. 07-255S

The City of Cranston, et al.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/~~Defendant~~ Nextel Communications of the Mid-Atlantic, Inc. hereby moves that Ricardo M. Sousa, Esq. be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

/s/ Paul S. Cantor
(Plaintiff/~~Defendant~~)

By: Paul S. Cantor, Esq.
Bar ID No. 3177
Address: 321 South Main St., #302
Providence, RI 02903

DATED: November 28, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Massachusetts and Rhode Island and of the following Federal District Court and/or Court of Appeals Bar(s) of Massachusetts & Rhode Island, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice revoked by any court. (If applicant has been sanctioned, disciplined or had any pro hac vice status revoked, please provide a full explanation.)

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) Except as listed below, I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided). *

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

**Form 1 (cont'd)**

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Ricardo M. Sousa (RI Bar No. 5149) (BBO# 565043)
Print Name State Bar ID #

Prince, Lobel, Glovsky & Tye LLP
Firm Name

100 Cambridge Street, Suite 2200
Business Address

Boston, MA 02114

(617) 456-8000
Tel. #

(617) 456-8100
Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Paul S. Cantor
Signature of Local Counsel

Paul S. Cantor, Esq. #3177
Print Name RI Bar ID #

321 South Main Street, #307
Firm and Business Address

Providence, RI 02903

Tel. # 401-351 8200 Fax # 401-351-9032

---

**ORDER**

This is motion hereby Granted

District Judge

Date: 11/29/07