UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC. d/b/a NEXTEL COMMUNICATIONS

Plaintiff,

v.

THE CITY OF CRANSTON, THE ZONING BOARD OF REVIEW OF THE CITY OF CRANSTON and JOY MONTANARO, EDWARD DIMUCCIO, CRAIG CARDULLO, FRANK CORRAO III, and DAVID IMONDI in their capacities as members of the City of Cranston Zoning Board of Review

Defendants.

Civil Action No. 07-255S

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all parties hereby stipulate to the dismissal of all claims in this action with prejudice and without costs, all parties waiving all rights of appeal.

Respectfully submitted,

NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC. d/b/a NEXTEL COMMUNICATIONS

By its attorneys,

*/s/ Paul Cantor, Esq.*

Paul Cantor, Esq.
RI Attorney #3177
321 South Main Street, #302
Providence, RI 02903
Telephone: (401) 351-8200
Fax Number: (401) 351-9032

*/s/ William A. Worth, Esq.*
William A. Worth, Esq.
Ricardo M. Sousa, Esq.
PRINCE, LOBEL, GLOVSKY & TYE LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114
Telephone: (617) 456-8000
Fax Number: (617) 456-8100

THE CITY OF CRANSTON, et al.

By their attorney,

*/s/ Jeffrey S. Michaelson*
Jeffrey S. Michaelson
RI Attorney 3299
Michaelson & Michaelson
PO Box 622
North Kingstown, RI
Telephone: (401) 295-4330
Fax Number: (401) 295-5220

Date: January 10, 2008

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 10, 2008.

*/s/ William A. Worth*